1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

**WAYNE DESHOWN PERKINS,**

13

                                        Petitioner,

14

15          **v.**

16

17      **P.D. BRAZELTON, Warden,**

18                                      Respondent.

1:13-cv-01205 LJO-MJS HC

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

**DIRECTING THE CLERK OF COURT TO SERVE THE COURT OF APPEALS WITH A COPY OF THIS ORDER**

**(Doc. 23)**

19

20

        Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus

21

pursuant to 28 U.S.C. § 2254.

22

        On June 18, 2015, judgment was entered denying the petition for writ of habeas

23

corpus. On July 24, 2015, Petitioner filed an application to proceed in forma pauperis on

24

appeal. Examination of Petitioner's application to proceed in forma pauperis reveals that

25

Petitioner is unable to afford the costs of an appeal. Accordingly, the application to

26

proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915. **The Clerk**

27

28

1    **of Court is directed to serve a copy of this order on the Court of Appeals for the**

2    **Ninth Circuit.**

3

4    IT IS SO ORDERED.

5

6     Dated:    __July 27, 2015__          /s/ *Michael J. Seng*

                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28